1477. MINER vs. TRUSTEES OF THE MICH. MUT. BENEFIT ASSO-
CIATION OF HILLSDALE, 65 M., 84.

To compel an assessment to pay a judgment.

Denied February 10, 1887.

Relator recovered judgment, and execution had issued and
was returned unsatisfied.

Held, that under How. Stat., Sec. 8153, sequestration can only
be had in a court of equity.


1478 BATES vs. DETROIT MUT. BENEFIT ASSOCIATION, 47 M., 646.

To compel respondent to levy an assessment to pay a death
claim.

Denied October 18, 1881.

Held, that suit upon the undertaking was the proper remedy.
Burland vs. N. W. Mut. Benefit Association, 47 M., 424-426.